ORDER:
Motion granted.
John Bryant,
USMJ

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

UNITED STATES OF AMERICA )
)
) No. 2:13-00002-1
v. ) Aleta A. Trauger
) Judge, U.S. District Court
) (Magistrate Judge Bryant)
MICHAEL JENKINS )

## UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

The defendant, Michael Jenkins, through counsel, hereby moves this Honorable Court for an order continuing the detention hearing that is presently set for October 9, 2013, at 1:00 p.m. Counsel inadvertently requested October 9, 2013, at 1:00 p.m., but meant to request the detention hearing be re-scheduled for **1:00 p.m.** on **Thursday, October 10, 2013.**

Counsel has consulted Assistant United States Attorney Matthias Onderak and he has indicated that the government is not opposed to the detention hearing being re-scheduled for October 10, 2013, at 1:00 p.m.

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I electronically filed the foregoing Unopposed Motion to Continue Detention Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Matthias David Onderak, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203, and Thomas J. Drake, Jr., 405-1/2 31st Avenue North, Suite B, Nashville, TN 37209.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN