IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

<mark>Motion GRANTED.</mark>

UNITED STATES OF AMERICA

VS.                                      NO.  2:13-cr-00002-02
                                         JUDGE TRAUGER

CHRISTOPHER SADLER

MOTION TO CONTINUE TRIAL

Comes appointed counsel, Thomas J. Drake, Jr., Attorney at Law, to move this Honorable

Court to continue trial of this case, set for December 17, 2103.  For grounds, counsel would show

the following:

1.      The Court set this case for trial on December 17, 2013, by order entered on

        October 18, 20134.(DE 23)

2.      Undersigned counsel and AUSA Matthias Onderak have discussed settlement in

        this case but have not completed discussion, which include discussion of possible

        presentment or superceding indictment.

3.      Counsel for defendant Michael Jenkins, C. Douglas Thoresen, has no objection to

        continuing trial of this matter.


Respectfully submitted,

/s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219
Attorney for Christopher Sadler
405 ½ 31st Ave N Ste B.
Nashville, Tennessee 37209
(615) 320-1717
DRAKE.COURT@THOMASJDRAKE.COM