IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:13-00002 |
| | ) | Judge Trauger |
| | ) | |
| [1] MICHAEL JENKINS and | ) | |
| [2] CHRISTOPHER SADLER | ) | |

**O R D E R**

It is hereby **ORDERED** that the trial scheduled for December 17, 2013 is **CONTINUED** and **RESET** for January 28, 2014. A separate order will enter resetting the trial.

The additional period of delay is excludable under the Speedy Trial Act because defendant Sadler has apparently absconded, and his whereabouts are unknown at this time. Co-defendant Jenkins is joined for trial with defendant Sadler, and it is in the interest of justice that both defendants be tried together. 18 U.S.C. § 3161(h)(3)(A), (6) and (7)(A).

It is so **ORDERED**.

ENTER this 9th day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge