IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHWESTERN DIVISION

**Motion GRANTED.**

*[signature]*

UNITED STATES OF AMERICA

VS.  NO. 2:13-cr-00002-02
 JUDGE TRAUGER

CHRISTOPHER SADLER

MOTION TO JOIN CO-DEFENDANT'S
MOTION TO CONTINUE TRIAL AND RESCHEDULE
THE CHANGE OF PLEA DATE

Comes counsel for the Defendant, Christopher Sadler, to join in the Motion to continue Trial filed by co-defendant Michael Jenkins, and would show for good grounds the following:

1. On December 9, 2013, the Court set trial of this matter to be heard on January 28, 2014. (DE 30) On January 16, 2014, the Grand Jury returned a superceding indictment against the defendants. (DE 33) On January 21, 2014, the counsel for co-defendant Michael Jenkins filed a motion to continue trial and to reschedule the change of plea date. (DE 35)

2. On behalf of Christopher Sadler, undersigned counsel joins in the motion to continue for the same grounds as submitted by co-defendant Michael Jenkins.

3. Attached to this Notice is a Waiver of Speedy Trial signed by Mr. Christopher Sadler.

4. Mr. Sadler joins in the Motion to Continue Trial and Reschedule the Change of Plea Date.

Respectfully submitted,
/s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219
Attorney for Christopher Sadler
405 ½ 31st Ave N Ste B.
Nashville, Tennessee 37209
(615) 320-1717
DRAKE.COURT@THOMASJDRAKE.COM