IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:13-00002 |
| | ) | Judge Trauger |
| | ) | |
| [2] CHRISTOPHER SADLER | ) | |

## **O R D E R**

It is hereby **ORDERED** that the change of plea hearing scheduled for March 4, 2014 is **RESET** for Friday, March 7, 2014, at 10:30 a.m.

It is so **ORDERED.**

ENTER this 4th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge