IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 2:13-00002 |
| | ) | Judge Trauger |
| | ) | |
| [1] MICHAEL JENKINS | ) | |

### O R D E R

It is hereby **ORDERED** that a change of plea hearing in this case is scheduled for Tuesday, March 11, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 7th day of March 2014.

_____
ALETA A. TRAUGER
U.S. District Judge